§ 82, subd 1, par [c]; *Matter of Willow Garden Apts. v Riker,* 36 AD2d 892). Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Capozzoli, JJ.

## (March 11, 1976)

■ KATHLEEN KENNEDY et al., as Executors of THOMAS J. WHALEN, Deceased, Respondents-Appellants, v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al., Appellants-Respondents.—Appeal from order, Supreme Court, New York County, entered on March 27, 1975, unanimously dismissed, without costs and without disbursements. Concur—Stevens, P. J., Murphy, Silverman, Capozzoli and Nunez, JJ.

## (March 16, 1976)

■ CARLOS A. ARREDONDO et al., Appellants, v STATE OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County, entered on January 5, 1976, unanimously affirmed on the opinion of Helman, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Capozzoli, JJ.

■ UNITED STATES FIDELITY AND GUARANTY Company, Appellant, v COCA-COLA COMPANY et al., Defendants, and MERCANTILE BANK AND TRUST COMPANY, LTD., et al., Respondents.—Order, Supreme Court, New York County, entered on September 12, 1975, insofar as appealed from, unanimously affirmed for the reasons stated in the decision of Korn, J., at Special Term. Respondents shall recover of appellant one bill of $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Murphy, Birns, Silverman and Lane, JJ.

■ LEONARD W. TRIMMER, Respondent, v CATHARINE B. VAN BOMEL, Appellant.—Order, Supreme Court, New York County, entered on November 6, 1975, unanimously affirmed for the reasons stated at Special Term, and that the respondent recover of the appellant $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADLEY KREICHMAN, Appellant.—On remand from the Court of Appeals, judgment, Supreme Court, New York County, rendered on October 19, 1973, unanimously affirmed. No opinion. Concur—Markewich, J. P., Murphy, Lupiano, Birns and Silverman, JJ.

■ In the Matter of RACHEL KHOTIM, as Administratrix of the Estate of MARK GARWITT, Deceased. LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Appellant, and ALEKSANDR K. MIKHEEV, et al., Respondents.—Order, Surrogate's Court, New York County, entered on April 16, 1975, unanimously affirmed for the reasons stated in the decisions of Di Falco, S., without costs and without disbursements. Application for leave to appeal to the Court of Appeals granted. Concur—Markewich, J. P., Kupferman, Lupiano, Capozzoli and Nunez, JJ.

■ VICTOR DE CURTIS et al., as Coexecutors of ANASTASIA DE CURTIS, Deceased, Appellants, v ST. LUCY'S ROMAN CATHOLIC CHURCH, Respondent.—